**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
LEONARDO DE LA CRUZ,           )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 09-1077 (RWR)
                               )
DISTRICT OF COLUMBIA, et al.,  )
                               )
        Defendants.            )
_____)
```

## ORDER

Counsel for the plaintiff and the defendants in this case notified the court that the parties have reached a settlement. In light of that representation, it is hereby

ORDERED that this case shall be dismissed without prejudice for thirty days. It is further

ORDERED that any party may, within thirty days from entry of this Order, reopen this case upon motion approved by the Court. It is further

ORDERED that if no party moves to reopen this case within thirty days, this case shall, without further order, stand dismissed with prejudice.

SIGNED this 8th of February, 2011.

```
                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge
```